No. 99–9080.  RODRIGUEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–9083.  JOHNSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–9086.  NAMEY ET AL. v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 99–9088.  ADAMS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–9089.  CASTANEDA-CEJA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9090.  BUSTAMANTE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–9101.  NATHAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–9102.  JACKSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–9103.  MUNGAL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–9111.  MARTIN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 99–9120.  VILLAGRAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 99–9178.  CONWAY v. GAMBLE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 99–9194.  JONES v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 99–1176.  MCI COMMUNICATIONS CORP. AND SUBSIDIARIES ET AL. v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.